IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAGOBERTO PINEDA CASTRO,<br><br>Defendant. | CR 19–08–BU–DWM<br><br>ORDER |

**FILED**

APR 1 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

This order refers Defendant Dagoberto Pineda Castro's request for a change of plea hearing to Magistrate Judge Jeremiah C. Lynch. The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3). *United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003). Accordingly, Judge Lynch shall conduct the plea hearing provided the parties consent. The hearing will be set by separate order from Magistrate Judge Jeremiah C. Lynch.

IT IS FURTHER ORDERED that all other pending motions are DENIED as

1

moot. The matter is being considered for expedited sentencing process. Pending deadlines are VACATED.

DATED this 10th day of April, 2019.

_____
Donald W. Molloy, District Judge
United States District Court